No. 86–981. MAJOR MEDIA OF THE SOUTHEAST, INC., DBA NAEGELE OUTDOOR ADVERTISING COMPANY OF RALEIGH-DURHAM *v.* CITY OF RALEIGH. C. A. 4th Cir. Motions of North Carolina Restaurant Association, Outdoor Advertising Association of America,

Inc., and Advertising Council Inc. for leave to file briefs as *amici curiae* granted. Certiorari denied.